Kristy L. Peters, Bar No. 024756
kpeters@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, Arizona 85016
Telephone:    602.474.3600
Fax No.:       602.957.1801

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Kenneth Lenk,

        Plaintiff *Pro Se*,

v.

Maxim Integrated Products, Inc.,

        Defendant.

Case No. CV23-00228-PHX-DMF

**ANSWER TO COMPLAINT**

    Defendant Maxim Integrated Products, Inc. ("Defendant") files its Answer and Affirmative Defenses to Plaintiff *Pro Se* Kenneth Lenk's ("Plaintiff") Complaint ("Complaint").

## <u>NATURE OF THE ACTION</u>

    1.    In response to Paragraph 1 of the Complaint, Plaintiff has asserted only legal conclusions to which no response is required.  To the extent a response is required, Defendant denies violating any of the laws identified therein.

    2.    In response to Paragraph 2 of the Complaint, Plaintiff has asserted only legal conclusions to which no response is required.  To the extent a response is required, Defendant denies that it violated any laws, denies it engaged in "illegal activity," denies it caused Plaintiff to suffer damages, and denies all remaining allegations contained therein.

## <u>JURISDICTION AND VENUE</u>

LITTLER MENDELSON,
P.C.
Camelback Esplanade
2425 East Camelback
Road
Suite 900
Phoenix, AZ  85016
602.474.3600

3.      In response to Paragraph 3 of the Complaint, Defendant admits that this Court has federal jurisdiction over this matter, and Defendant denies the allegations contained therein.

4.      In response to Paragraph 4 of the Complaint, Defendant admits this Court has supplemental jurisdiction, but Defendant denies any liability to Plaintiff and denies the remaining allegations contained therein.

5.      In response to Paragraph 5 of the Complaint, Defendant admits that this Court has diversity jurisdiction over this matter, but Defendant denies that it caused Plaintiff damages and denies each and every allegation contained therein.

6.      In response to Paragraph 6 of the Complaint, Defendant admits that venue is proper, but Defendant denies engaging in any legal acts toward Plaintiff.

## **PARTIES**

7.      In response to Paragraph 7 of the Complaint, Defendant admits that at all times material, Plaintiff was and is a natural person, but Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

8.      In response to Paragraph 8 of the Complaint, Defendant admits that Defendant is a Delaware corporation with a business location in Maricopa County, located at 531 E. Elliot Rd., Chandler, AZ 85225. Defendant admits that it is headquartered at 160 Rio Robles San Jose, CA 95134. Defendant denies that it stated in its January 31, 2022 response to the California Department of Fair Employment and Housing ("DFEH") that Defendant employs over 7,000 people. Defendant admits that on August 26, 2021, Analog Devices, Inc. acquired Defendant.

9.      In response to Paragraph 9 of the Complaint, Defendant admits that the Arizona Corporation Commission lists Defendant as an active entity, with its entity ID as F13723656, and with its agent listed as Corporation Service Company located at 8825 N. 23rd Avenue, Suite 100, Phoenix, AZ 85021.

LITTLER MENDELSON,
P.C.
Attorneys at Law
Camelback Esplanade
2425 East Camelback
Road
Suite 900
Phoenix, AZ 85016

2                                          ANSWER TO COMPLAINT

10.     In response to Paragraph 10 of the Complaint, Defendant admits that it employs more than 20 employees. The remainder of the allegations set forth in this Paragraph contain only legal conclusions to which no response is required.  To the extent a response is required, Defendant denies that it violated the ADEA.

11.     In response to Paragraph 11 of the Complaint, Defendant admits that it employs more than 15 employees in Arizona. The remainder of the allegations set forth in this Paragraph contain only legal conclusions to which no response is required.  To the extent a response is required, Defendant denies that it violated the Arizona Civil Rights Act.

12.     In response to Paragraph 12 of the Complaint, Defendant admits that it employs more than 5 employees in California. The remainder of the allegations set forth in this Paragraph contain only legal conclusions to which no response is required.  To the extent a response is required, Defendant denies violating the California Code.

## **FACTUAL BACKGROUND**

13.     In response to Paragraph 13 of the Complaint, Defendant admits that Plaintiff previously worked for Defendant. The remainder of the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis.

14.     In response to Paragraph 14 of the Complaint, the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis.

15.     In response to Paragraph 15 of the Complaint, Defendant admits that Plaintiff left Maxim in 2005. Defendant lacks sufficient information to either admit or deny the truth of the remainder of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

16.     In response to Paragraph 16 of the Complaint, Defendant admits it received a resume from Plaintiff and Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

LITTLER MENDELSON, P.C.
Attorneys at Law
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016

3                                    ANSWER TO COMPLAINT

17.     In response to Paragraph 17 of the Complaint, the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis. Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's own beliefs and, on that basis, denies each and every allegation contained therein.

18.     In response to Paragraph 18 of the Complaint, Defendant admits that Kevin Schemansky received a message from Plaintiff's LinkedIn account on May 18, 2021 regarding a Business Manager role for LED Lighting. Defendant admits that Plaintiff hired Kevin Schemansky when Plaintiff previously worked for Defendant. Defendant denies that Kevin Schemansky is currently Maxim's Director of Product Definition (Automotive).

19.     In response to Paragraph 19 of the Complaint, Defendant admits Plaintiff used to work at Maxim and Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations regarding other employment and, on that basis, denies each and every allegation contained therein.

20.     In response to Paragraph 20 of the Complaint, Defendant denies that Plaintiff "never heard back" from Kevin Shemansky. Defendant admits that Kevin Schemansky received a message from Plaintiff's LinkedIn account on May 27, 2021 asking about the compensation for the Business Manager role for LED Lighting.

21.     In response to Paragraph 21 of the Complaint, Defendant admits that Schemansky sent a message to Plaintiff stating in part, "It was a Jr. BM position and we extended an offer to a young candidate." The remainder of the allegations and exhibit references set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis.

22.     In response to Paragraph 22 of the Complaint, the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis.

23.     In response to Paragraph 23 of the Complaint, Defendant admits Plaintiff applied for some positions, and Defendant lacks sufficient information to either admit or

LITTLER MENDELSON,
P.C.
Attorneys at Law
Camelback Esplanade
2425 East Camelback
Road
Suite 900
Phoenix, AZ  85016

4                                    ANSWER TO COMPLAINT

1    deny the truth of Plaintiff's remaining allegations and, on that basis, denies each and every

2    allegation contained therein.

3        24.    In response to Paragraph 24 of the Complaint, the allegations set forth in this

4    Paragraph contain assertions, characterizations, and assumptions that render the allegations

5    as drafted inaccurate, and so Defendant denies them on that basis. Defendant lacks sufficient

6    information to either admit or deny the truth of Plaintiff's allegations and, on that basis,

7    denies each and every allegation contained therein.

8        25.    In response to Paragraph 25 of the Complaint, Defendant admits that on June

9    5, 2021, Maxim sent an email stating "Dear Kenneth Lenk, We appreciate your interest in

10   Maxim Integrated and your application for the position of Senior Business Manager

11   (Battery Management Systems). After sincere consideration, we have decided to move

12   forward with another candidate whose background is a closer fit for the required skill set.

13   We encourage you to apply for other advertised positions at our company that you feel

14   qualified for. Our team will keep your resume on file for consideration at later date should

15   a suitable position arise. Thank you for your interest in our company; we wish you personal

16   and professional success with your job search."

17       26.    In response to Paragraph 26 of the Complaint, the allegations set forth in this

18   Paragraph misstate Defendant's January 31, 2022 Position Statement to the CA DFEH,

19   thereby rendering the allegations as drafted inaccurate, and so Defendant denies them on

20   that basis.

21       27.    In response to Paragraph 27 of the Complaint, the allegations set forth in this

22   Paragraph contain assertions, characterizations, and assumptions that render the allegations

23   as drafted inaccurate, and so Defendant denies them on that basis. Defendant lacks sufficient

24   information to either admit or deny the truth of Plaintiff's allegations and, on that basis,

25   denies each and every allegation contained therein.

26       28.    In response to Paragraph 28 of the Complaint, Defendant lacks sufficient

27   information to either admit or deny the truth of Plaintiff's allegations and, on that basis,

28   denies each and every allegation contained therein.

LITTLER MENDELSON,
P.C.
Attorneys at Law
Camelback Esplanade
2425 East Camelback
Road
Suite 900
Phoenix, AZ 85016

5                    ANSWER TO COMPLAINT

29.     In response to Paragraph 29 of the Complaint, the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis. The remainder of the allegations in this Paragraph assert only legal conclusions to which no response is required. To the extent a response is required, Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

30.     In response to Paragraph 30 of the Complaint, the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis. Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

31.     In response to Paragraph 31 of the Complaint, the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis.

32.     In response to Paragraph 32 of the Complaint, the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis. Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

33.     In response to Paragraph 33 of the Complaint, Defendant admits that on June 30, 2021, Maxim sent an email stating: "Dear Kenneth Lenk, We appreciate your interest in Maxim Integrated and your application for the position of Senior Business Manager . After sincere consideration, we have decided to move forward with another candidate whose background is a closer fit for the required skill set."

34.     In response to Paragraph 34 of the Complaint, the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis. Defendant lacks sufficient

LITTLER MENDELSON,
P.C.
Attorneys at Law
Camelback Esplanade
2425 East Camelback
Road
Suite 900
Phoenix, AZ  85016

6                          ANSWER TO COMPLAINT

1    information to either admit or deny the truth of Plaintiff's allegations and, on that basis,

2    denies each and every allegation contained therein.

3        35.    In response to Paragraph 35 of the Complaint, the allegations set forth in this

4    Paragraph contain assertions, characterizations, and assumptions that render the allegations

5    as drafted inaccurate, and so Defendant denies them on that basis. Defendant lacks sufficient

6    information to either admit or deny the truth of Plaintiff's allegations and, on that basis,

7    denies each and every allegation contained therein. This Paragraph further contains legal

8    conclusions to which no response is required.

9        36.    In response to Paragraph 36 of the Complaint, Defendant admits that it refers

10   to Plaintiff's "lack of relevant technical experience" in its January 31, 2022 response to the

11   CA DFEH. The remainder of the allegations set forth in this Paragraph contain assertions,

12   characterizations, and assumptions that render the allegations as drafted inaccurate, and so

13   Defendant denies them on that basis.

14       37.    In response to Paragraph 37 of the Complaint, Defendant denies each and

15   every allegation contained therein.

16       38.    In response to Paragraph 38 of the Complaint, Defendant lacks sufficient

17   information to either admit or deny the truth of Plaintiff's allegations and, on that basis,

18   denies each and every allegation contained therein.

19       39.    In response to Paragraph 39 of the Complaint, Defendant lacks sufficient

20   information to either admit or deny the truth of Plaintiff's allegations and, on that basis,

21   denies each and every allegation contained therein.

22       40.    In response to Paragraph 40 of the Complaint, the allegations set forth in this

23   Paragraph contain assertions, characterizations, and assumptions that render the allegations

24   as drafted inaccurate, and so Defendant denies them on that basis. Defendant lacks sufficient

25   information to either admit or deny the truth of Plaintiff's allegations and, on that basis,

26   denies each and every allegation contained therein.

27       41.    In response to Paragraph 41 of the Complaint, Defendant admits that on July

28   6, 2021, Maxim sent an email stating "Dear Kenneth Lenk, We appreciate your interest in

LITTLER MENDELSON,
P.C.
Attorneys at Law
Camelback Esplanade
2425 East Camelback
Road
Suite 900
Phoenix, AZ  85016

7                                    ANSWER TO COMPLAINT

Maxim Integrated and your application for the position of BMS SMTS, Applications Engineer. After sincere consideration we have decided to move forward with another candidate whose background is a closer fit for the required skill set."

42.    In response to Paragraph 42 of the Complaint, the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis.

43.    In response to Paragraph 43 of the Complaint, Defendant admits that it stated in its January 31, 2022 response to the CA DFEH, "Mr. Lenk was further disqualified from interviewing for the Engineering position on the grounds that his June 17, 2021 application patently showed he had no practical engineering experience working with semiconductor applications, testing, or electronic circuit designs or hands on lab experience working with circuit schematic design, simulation, and PCB. In fact, Mr. Lenk's work history was void of ever having worked as an Engineer. For these reasons, Mr. Lenk was not qualified for this position."

44.    In response to Paragraph 44 of the Complaint, Plaintiff asserts legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein. The remainder of the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis.

45.    In response to Paragraph 45 of the Complaint, the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis. Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

46.    In response to Paragraph 46 of the Complaint, Defendant denies each and every allegation contained therein.

LITTLER MENDELSON, P.C.
Attorneys at Law
Camelback Esplanade
2425 East Camelback
Road
Suite 900
Phoenix, AZ  85016

8                                    ANSWER TO COMPLAINT

47.     In response to Paragraph 47 of the Complaint, Defendant admits that it stated in its January 31, 2022 response to the CA DFEH that "Maxim employs and hires highly qualified persons without regard to their protected status, including age." The remainder of the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis.

48.     In response to Paragraph 48 of the Complaint, the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis. Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

49.     In response to Paragraph 49 of the Complaint, the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis. Defendant lacks sufficient information to either admit or deny the truth of the remainder of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

50.     In response to Paragraph 50 of the Complaint, the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis. Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

51.     In response to Paragraph 51 of the Complaint, Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

52.     In response to Paragraph 52 of the Complaint, Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

LITTLER MENDELSON, P.C.
Attorneys at Law
Camelback Esplanade
2425 East Camelback
Road
Suite 900
Phoenix, AZ  85016

9                                                                 ANSWER TO COMPLAINT

53.     In response to Paragraph 53 of the Complaint, Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

54.     In response to Paragraph 54 of the Complaint, Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

55.     In response to Paragraph 55 of the Complaint, Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

56.     In response to Paragraph 56 of the Complaint, the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis.   Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

57.     In response to Paragraph 57 of the Complaint, the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis. Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

58.     In response to Paragraph 58 of the Complaint, the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis. Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

59.     In response to Paragraph 59 of the Complaint, the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis. Defendant lacks sufficient

LITTLER MENDELSON, P.C.
Attorneys at Law
Camelback Esplanade
2425 East Camelback
Road
Suite 900
Phoenix, AZ  85016

ANSWER TO COMPLAINT

1    information to either admit or deny the truth of Plaintiff's allegations and, on that basis,
2    denies each and every allegation contained therein.

3         60.    In response to Paragraph 60 of the Complaint, the allegations set forth in this
4    Paragraph contain assertions, characterizations, and assumptions that render the allegations
5    as drafted inaccurate, and so Defendant denies them on that basis.

6         61.    In response to Paragraph 61 of the Complaint, the allegations set forth in this
7    Paragraph contain assertions, characterizations, and assumptions that render the allegations
8    as drafted inaccurate, and so Defendant denies them on that basis. Defendant lacks sufficient
9    information to either admit or deny the truth of Plaintiff's allegations and, on that basis,
10   denies each and every allegation contained therein.

11        62.    In response to Paragraph 62 of the Complaint, the allegations set forth in this
12   Paragraph contain assertions, characterizations, and assumptions that render the allegations
13   as drafted inaccurate, and so Defendant denies them on that basis.

14        63.    In response to Paragraph 63 of the Complaint, Defendant denies each and
15   every allegation contained therein.

16        64.    In response to Paragraph 64 of the Complaint, the allegations set forth in this
17   Paragraph contain assertions, characterizations, and assumptions that render the allegations
18   as drafted inaccurate, and so Defendant denies them on that basis.

19        65.    In response to Paragraph 65 of the Complaint, the allegations set forth in this
20   Paragraph contain assertions, characterizations, and assumptions that render the allegations
21   as drafted inaccurate, and so Defendant denies them on that basis. Defendant lacks sufficient
22   information to either admit or deny the truth of Plaintiff's allegations and, on that basis,
23   denies each and every allegation contained therein.

24        66.    In response to Paragraph 66 of the Complaint, Defendant lacks sufficient
25   information to either admit or deny the truth of Plaintiff's allegations and, on that basis,
26   denies each and every allegation contained therein.

27        67.    In response to Paragraph 67 of the Complaint, the allegations set forth in this
28   Paragraph contain assertions, characterizations, and assumptions that render the allegations

LITTLER MENDELSON,
P.C.
Attorneys at Law
Camelback Esplanade
2425 East Camelback
Road
Suite 900
Phoenix, AZ  85016

11                          ANSWER TO COMPLAINT

as drafted inaccurate, and so Defendant denies them on that basis. Plaintiff asserts legal conclusions to which no response is required.   To the extent a response is required, Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

68.     In response to Paragraph 68 of the Complaint, Plaintiff asserts only legal conclusions to which no response is required.   To the extent a response is required, Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

69.     In response to Paragraph 69 of the Complaint, Plaintiff asserts only legal conclusions to which no response is required.   To the extent a response is required, Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

70.     In response to Paragraph 70 of the Complaint, the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis.

71.     In response to Paragraph 71 of the Complaint, the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis. Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

72.     In response to Paragraph 72 of the Complaint, the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis. Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

73.     In response to Paragraph 73 of the Complaint, the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis. Defendant lacks sufficient

LITTLER MENDELSON,
P.C.
Attorneys at Law
Camelback Esplanade
2425 East Camelback
Road
Suite 900
Phoenix, AZ  85016

12                          ANSWER TO COMPLAINT

information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

74.     In response to Paragraph 74 of the Complaint, the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis. Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

75.     In response to Paragraph 75 of the Complaint, Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

76.     In response to Paragraph 76 of the Complaint, the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis.

77.     In response to Paragraph 77 of the Complaint, the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis. Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

78.     In response to Paragraph 78 of the Complaint, the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis. Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

79.     In response to Paragraph 79 of the Complaint, the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis.

80.     In response to Paragraph 80 of the Complaint, the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the

LITTLER MENDELSON, P.C.
Attorneys at Law
Camelback Esplanade
2425 East Camelback
Road
Suite 900
Phoenix, AZ 85016

13                          ANSWER TO COMPLAINT

1    as drafted inaccurate, and so Defendant denies them on that basis. Defendant lacks sufficient

2    information to either admit or deny the truth of Plaintiff's allegations and, on that basis,

3    denies each and every allegation contained therein.

4         81.   In response to Paragraph 81 of the Complaint, Defendant lacks sufficient

5    information to either admit or deny the truth of Plaintiff's allegations and, on that basis,

6    denies each and every allegation contained therein.

7         82.   In response to Paragraph 82 of the Complaint, the allegations set forth in this

8    Paragraph contain assertions, characterizations, and assumptions that render the allegations

9    as drafted inaccurate, and so Defendant denies them on that basis. Defendant lacks sufficient

10    information to either admit or deny the truth of Plaintiff's allegations and, on that basis,

11    denies each and every allegation contained therein.

12         83.   In response to Paragraph 83 of the Complaint, the allegations set forth in this

13    Paragraph contain assertions, characterizations, and assumptions that render the allegations

14    as drafted inaccurate, and so Defendant denies them on that basis.

15         84.   In response to Paragraph 84 of the Complaint, the allegations set forth in this

16    Paragraph contain assertions, characterizations, and assumptions that render the allegations

17    as drafted inaccurate, and so Defendant denies them on that basis.

18         85.   In response to Paragraph 85 of the Complaint, the allegations set forth in this

19    Paragraph contain assertions, characterizations, and assumptions that render the allegations

20    as drafted inaccurate, and so Defendant denies them on that basis. Defendant lacks sufficient

21    information to either admit or deny the truth of Plaintiff's allegations and, on that basis,

22    denies each and every allegation contained therein.

23         86.   In response to Paragraph 86 of the Complaint,.

24         87.   In response to Paragraph 87 of the Complaint, Defendant lacks sufficient

25    information to either admit or deny the truth of Plaintiff's allegations and, on that basis,

26    denies each and every allegation contained therein.

27

28

LITTLER MENDELSON,
P.C.
Attorneys at Law
Camelback Esplanade
2425 East Camelback
Road
Suite 900
Phoenix, AZ  85016

ANSWER TO COMPLAINT

88.     In response to Paragraph 88 of the Complaint, Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

89.     In response to Paragraph 89 of the Complaint, Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

90.     In response to Paragraph 90 of the Complaint, the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis.

91.     In response to Paragraph 91 of the Complaint, Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

92.     In response to Paragraph 92 of the Complaint, Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

93.     In response to Paragraph 93 of the Complaint, the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis.

94.     In response to Paragraph 94 of the Complaint, the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis. Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

95.     In response to Paragraph 95 of the Complaint, the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis.

LITTLER MENDELSON,
P.C.
Attorneys at Law
Camelback Esplanade
2425 East Camelback
Road
Suite 900
Phoenix, AZ  85016

15                          ANSWER TO COMPLAINT

96.     In response to Paragraph 96 of the Complaint, the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis.

97.     In response to Paragraph 97 of the Complaint, Plaintiff asserts only legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

98.     In response to Paragraph 98 of the Complaint, the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis.

99.     In response to Paragraph 99 of the Complaint, Defendant admits that on December 12, 2022, San Gutin emailed Plaintiff stating "My name is Sam Gutin and I work for Analog Devices, Inc. I am writing to confirm that we have received you[r] letter dated November 22, 2022, and will respond in the coming days." The remainder of the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis.

100.    In response to Paragraph 100 of the Complaint, Defendant admits that it denies any wrongdoing. The remainder of the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis.

101.    In response to Paragraph 101 of the Complaint, Plaintiff asserts legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

102.    In response to Paragraph 102 of the Complaint, Plaintiff asserts legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

LITTLER MENDELSON,
P.C.
Attorneys at Law
Camelback Esplanade
2425 East Camelback
Road
Suite 900
Phoenix, AZ  85016

16                    ANSWER TO COMPLAINT

103.    In response to Paragraph 103 of the Complaint, Plaintiff asserts legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

104.    In response to Paragraph 104 of the Complaint, the allegations set forth in this Paragraph contain assertions, characterizations, and assumptions that render the allegations as drafted inaccurate, and so Defendant denies them on that basis.

105.    In response to Paragraph 105 of the Complaint, Plaintiff asserts legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

106.    In response to Paragraph 106 of the Complaint, Plaintiff asserts legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

107.    In response to Paragraph 107 of the Complaint, Plaintiff asserts legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

108.    In response to Paragraph 108 of the Complaint, Plaintiff asserts legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

109.    In response to Paragraph 109 of the Complaint, Plaintiff asserts legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

## FIRST CLAIM FOR RELIEF

LITTLER MENDELSON, P.C.
Attorneys at Law
Camelback Esplanade
2425 East Camelback
Road
Suite 900
Phoenix, AZ  85016

17                              ANSWER TO COMPLAINT

1

**Intentional Discrimination**

2

**Age Discrimination in Employment Act of 1967 (ADEA)**

3

**29 U.S.C. § 623 (a)(1)**

4   110.   Defendant incorporates its answers to all previous paragraphs as if alleged

5   here.

6   111.   In response to Paragraph 111 of the Complaint, Defendant denies the

7   allegations contained therein.

8   112.   In response to Paragraph 112 of the Complaint, Plaintiff asserts legal

9   conclusions to which no response is required.  To the extent a response is required,

10  Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's

11  allegations and, on that basis, denies each and every allegation contained therein.

12  113.   In response to Paragraph 113 of the Complaint, Defendant denies the

13  allegations contained therein.

14  114.   In response to Paragraph 114 of the Complaint, Defendant denies the

15  allegations contained therein.

16  115.   In response to Paragraph 115 of the Complaint, Defendant denies the

17  allegations contained therein.

18  116.   In response to Paragraph 116 of the Complaint, Defendant denies the

19  allegations contained therein.

20  117.   In response to Paragraph 117 of the Complaint, Defendant denies the

21  allegations contained therein.

22  118.   In response to Paragraph 118 of the Complaint, Defendant denies the

23  allegations contained therein.

24  119.   In response to Paragraph 119 of the Complaint, Defendant denies the

25  allegations contained therein.

26  120.   In response to Paragraph 120 of the Complaint, Defendant denies the

27  allegations contained therein.

28

LITTLER MENDELSON, P.C.
Attorneys at Law
Camelback Esplanade
2425 East Camelback
Road
Suite 900
Phoenix, AZ  85016

18                                      ANSWER TO COMPLAINT

121.   In response to Paragraph 121 of the Complaint, Defendant denies the allegations contained therein.

## SECOND CLAIM FOR RELIEF

### Disparate Impact Discrimination

### Age Discrimination in Employment Act of 1967 (ADEA)

### 29 U.S.C. § 623(a)(2)

122.   Defendant incorporates its answers to all previous paragraphs as if alleged here.

123.   In response to Paragraph 123 of the Complaint, Defendant denies the allegations contained therein.

124.   In response to Paragraph 124 of the Complaint, Defendant denies the allegations contained therein.

125.   In response to Paragraph 125 of the Complaint, Plaintiff asserts legal conclusions to which no response is required.   To the extent a response is required, Defendant denies each and every allegation contained therein.

126.   In response to Paragraph 126 of the Complaint, Defendant denies the allegations contained therein.

127.   In response to Paragraph 127 of the Complaint, Defendant denies the allegations contained therein.

128.   In response to Paragraph 128 of the Complaint, Defendant denies the allegations contained therein.

129.   In response to Paragraph 129 of the Complaint, Defendant denies the allegations contained therein.

130.   In response to Paragraph 130 of the Complaint, Defendant denies the allegations contained therein.

131.   In response to Paragraph 131 of the Complaint, Plaintiff asserts legal conclusions to which no response is required.   To the extent a response is required,

LITTLER MENDELSON, P.C.
Attorneys at Law
Camelback Esplanade
2425 East Camelback
Road
Suite 900
Phoenix, AZ  85016

19                                    ANSWER TO COMPLAINT

1   Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's

2   allegations and, on that basis, denies each and every allegation contained therein.

3       132.   In response to Paragraph 132 of the Complaint, Plaintiff asserts legal

4   conclusions to which no response is required.   To the extent a response is required,

5   Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's

6   allegations and, on that basis, denies each and every allegation contained therein.

7       133.   In response to Paragraph 133 of the Complaint, Defendant denies the

8   allegations contained therein.

9       134.   In response to Paragraph 134 of the Complaint, Defendant denies the

10  allegations contained therein.

11      135.   In response to Paragraph 135 of the Complaint, Defendant denies the

12  allegations contained therein.

13      136.   In response to Paragraph 136 of the Complaint, Defendant denies the

14  allegations contained therein.

15      137.   In response to Paragraph 137 of the Complaint, Defendant denies the

16  allegations contained therein.

17                          **THIRD CLAIM FOR RELIEF**

18              **California Fair Employment and Housing Act (FEHA)**

19                     **California Gov. Code § 12940**

20

21      138.   Defendant incorporates its answers to all previous paragraphs as if alleged

    here.

22      139.   In response to Paragraph 139 of the Complaint, Defendant admits that

23  Plaintiff filed a Complaint with the California Civil Rights Department (formerly DFEH),

24  Case No. 202108-14597127, EEOC No. 37A-2022-00395-C. Defendant denies the

25  remainder of the allegations contained therein.

26

27

28

LITTLER MENDELSON,
P.C.
Attorneys at Law
Camelback Esplanade
2425 East Camelback
Road
Suite 900
Phoenix, AZ  85016

ANSWER TO COMPLAINT

140.   In response to Paragraph 140 of the Complaint, Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

141.   In response to Paragraph 141 of the Complaint, Defendant admits Plaintiff applied for numerous positions, some of which were located in California, and Defendant denies the remaining allegations contained therein.

142.   In response to Paragraph 142 of the Complaint, Defendant denies the allegations contained therein.

143.   In response to Paragraph 143 of the Complaint, Defendant denies the allegations contained therein.

144.   In response to Paragraph 144 of the Complaint, Defendant denies the allegations contained therein.

145.   In response to Paragraph 145 of the Complaint, Defendant denies the allegations contained therein.

146.   In response to Paragraph 146 of the Complaint, Defendant denies the allegations contained therein.

147.   In response to Paragraph 147 of the Complaint Defendant denies the allegations contained therein.

148.   In response to Paragraph 148 of the Complaint, Defendant denies the allegations contained therein.

149.   In response to Paragraph 149 of the Complaint, Defendant denies the allegations contained therein.

150.   In response to Paragraph 150 of the Complaint, Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

151.   In response to Paragraph 151 of the Complaint,  Defendant denies the allegations contained therein.

LITTLER MENDELSON, P.C.
Attorneys at Law
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016

21                                    ANSWER TO COMPLAINT

1    152.   In response to Paragraph 152 of the Complaint, Defendant denies the

2    allegations contained therein.

3    153.   In response to Paragraph 153 of the Complaint, Defendant denies the

4    allegations contained therein and denies Plaintiff is entitled to any of the relief requested.

5                              **FOURTH CLAIM FOR RELIEF**

6                          **Arizona Civil Rights Act – Age Discrimination**

7                                  **(A.R.S. § 41-1463)**

8    154.   Defendant incorporates its answers to all previous paragraphs as if alleged

9    here.

10   155.   In response to Paragraph 155 of the Complaint, Defendant denies the

11   allegations contained therein.

12   156.   In response to Paragraph 156 of the Complaint, Defendant denies the

13   allegations contained therein.

14   157.   In response to Paragraph 157 of the Complaint, Defendant denies the

15   allegations contained therein.

16   158.   In response to Paragraph 158 of the Complaint, Defendant denies the

17   allegations contained therein.

18   159.   In response to Paragraph 159 of the Complaint, Defendant denies the

19   allegations contained therein.

20   160.   In response to Paragraph 160 of the Complaint, Defendant denies the

21   allegations contained therein.

22   161.   In response to Paragraph 161 of the Complaint, Defendant denies the

23   allegations contained therein and denies Plaintiff is entitled to any of the relief requested.

24                              **FIFTH CLAIM FOR RELIEF**

25                   **CALIFORNIA UNFAIR COMPETITION LAW (UCL) VIOLATION**

26                        **Business & Professional Code § 17200**

27   162.   Defendant incorporates its answers to all previous paragraphs as if alleged

28   here.

LITTLER MENDELSON,
P.C.
Attorneys at Law
Camelback Esplanade
2425 East Camelback
Road
Suite 900
Phoenix, AZ  85016

22                                    ANSWER TO COMPLAINT

163.   In response to Paragraph 163 of the Complaint, Plaintiff asserts legal conclusions to which no response is required.   To the extent a response is required, Defendant lacks sufficient information to either admit or deny the truth of Plaintiff's allegations and, on that basis, denies each and every allegation contained therein.

164.   In response to Paragraph 164 of the Complaint, Defendant denies the allegations contained therein.

165.   In response to Paragraph 165 of the Complaint, Defendant denies the allegations contained therein.

166.   In response to Paragraph 166 of the Complaint, Defendant denies the allegations contained therein.

167.   In response to Paragraph 167 of the Complaint, Defendant denies the allegations contained therein.

168.   In response to Paragraph 168 of the Complaint, Defendant denies the allegations contained therein.

169.   In response to Paragraph 169 of the Complaint, Defendant denies the allegations contained therein and denies Plaintiff is entitled to any of the relief requested.

170.   In response to Paragraph 170 of the Complaint, Defendant denies the allegations contained therein.

171.   In response to Paragraph 171 of the Complaint, Defendant denies Plaintiff is entitled to costs or attorneys' fees.

**JURY DEMAND**

172.   Defendant acknowledges Plaintiff as demanded a jury trial.

**PRAYER FOR RELIEF**

173.   In response to Paragraph 173, it is a Prayer for Relief that does not permit or require a response.   Notwithstanding this, Defendant submits that Plaintiff is not entitled to the relief sought in this Paragraph of the Prayer of the Complaint

LITTLER MENDELSON, P.C.
Attorneys at Law
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016

23                    ANSWER TO COMPLAINT

174.    In response to Paragraph 174, it is a Prayer for Relief that does not permit or require a response.  Notwithstanding this, Defendant submits that Plaintiff is not entitled to the relief sought in this Paragraph of the Prayer of the Complaint

175.    In response to Paragraph 175, it is a Prayer for Relief that does not permit or require a response.  Notwithstanding this, Defendant submits that Plaintiff is not entitled to the relief sought in this Paragraph of the Prayer of the Complaint

176.    In response to Paragraph 176, it is a Prayer for Relief that does not permit or require a response.  Notwithstanding this, Defendant submits that Plaintiff is not entitled to the relief sought in this Paragraph of the Prayer of the Complaint

177.    In response to Paragraph 177, it is a Prayer for Relief that does not permit or require a response.  Notwithstanding this, Defendant submits that Plaintiff is not entitled to the relief sought in this Paragraph of the Prayer of the Complaint

178.    In response to Paragraph 178, it is a Prayer for Relief that does not permit or require a response.  Notwithstanding this, Defendant submits that Plaintiff is not entitled to the relief sought in this Paragraph of the Prayer of the Complaint.

## GENERAL DENIAL

To the extent not specifically, admitted or modified herein, Defendant denies each and every allegation in Plaintiff's Complaint.

## AFFIRMATIVE AND OTHER DEFENSES

Based on Defendant's knowledge of the facts to date, Defendant asserts the following affirmative defenses.  To the extent that any defenses or legal theories asserted herein may be interpreted as being inconsistent, such defenses or legal theories are hereby pled in the alternative.  Subject to and without waiving the foregoing, and in the alternative if necessary, and without waiving Plaintiff's burden to show otherwise, Defendant pleads as follows:

## FIRST AFFIRMATIVE DEFENSE

1.    As a separate and distinct affirmative defense, Defendant alleges that the Complaint and each cause of action therein fail to state facts sufficient to constitute a

LITTLER MENDELSON,
P.C.
Attorneys at Law
Camelback Esplanade
2425 East Camelback
Road
Suite 900
Phoenix, AZ  85016

24                          ANSWER TO COMPLAINT

cause of action upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

2.      As a separate and distinct affirmative defense, Defendant alleges that the Complaint and each cause of action set forth therein are barred by the equitable doctrines of unclean hands, waiver, estoppel, laches, and consent.

### THIRD AFFIRMATIVE DEFENSE

3.      As a separate and distinct affirmative defense, Defendant alleges that the Complaint and each cause of action set forth therein cannot be maintained against Defendant because after-acquired evidence bars any remedy or certain remedies in this action.

### FOURTH AFFIRMATIVE DEFENSE

4.      As a separate and distinct affirmative defense, Defendant alleges that the Complaint and each cause of action set forth therein cannot be maintained against Defendant because to the extent that Plaintiff may be entitled to any recovery, any recovery must be reduced by reason of Plaintiff's failure to mitigate his damages, if any.

### FIFTH AFFIRMATIVE DEFENSE

5.      As a separate and distinct affirmative defense, Defendant alleges that the Complaint and each cause of action set forth therein cannot be maintained against Defendant because those causes of action are barred by the statute of limitations, including the statute of limitations as set forth in California Code of Civil Procedure, including but not limited to sections 335.1, 338, 340(a), and Government Code sections 12960 and 12965, the Arizona Civil Rights Act, and the Age Discrimination in Employment Act.

### SIXTH AFFIRMATIVE DEFENSE

6.      As a separate and distinct affirmative defense, Defendant alleges that Plaintiff's claims for damages are barred by the doctrine of avoidable consequences.

### SEVENTH AFFIRMATIVE DEFENSE

7.      As a separate and distinct affirmative defense, Defendant alleges that any recovery to which Plaintiff might otherwise allegedly be entitled must be offset by all

LITTLER MENDELSON,
P.C.
Attorneys at Law
Camelback Esplanade
2425 East Camelback
Road
Suite 900
Phoenix, AZ  85016

25                    ANSWER TO COMPLAINT

sums received by Plaintiff from any source, including, but not limited to, unemployment insurance, private insurance, state disability insurance, Social Security disability payments, workers' compensation payments, pension benefits, and any sums earned by Plaintiff in other employment.

## EIGHTH AFFIRMATIVE DEFENSE

8.      As a separate and distinct affirmative defense, Defendant alleges that the Complaint and each cause of action set forth therein cannot be maintained against Defendant because Defendant's conduct was protected by the managerial privilege in that all actions taken with respect to Plaintiff's employment were undertaken and exercised with proper managerial discretion in good faith, and for proper, lawful reasons.

## NINTH AFFIRMATIVE DEFENSE

9.      As a separate and distinct affirmative defense, Defendant alleges that the Complaint and each cause of action set forth therein cannot be maintained against Defendant because Plaintiff failed to exercise reasonable and ordinary care, caution and/or prudence in order to avoid the alleged incidents, and the alleged injuries and damages, if any in fact were suffered and such, were proximately caused and/or contributed to by Plaintiff's own negligent and/or intentional conduct.

## TENTH AFFIRMATIVE DEFENSE

10.     As a separate and distinct affirmative defense, Defendant alleges that the entire Complaint, and each cause of action alleged therein, is barred by Plaintiff's failure to exhaust administrative remedies.

## ELEVENTH AFFIRMATIVE DEFENSE

11.     As a separate and distinct affirmative defense, Defendant alleges that with respect to the Complaint and each cause of action alleged therein, any damages incurred by Plaintiff were directly and proximately caused and contributed to by the acts, conduct and/or omissions of third persons and/or entities.

## TWELFTH AFFIRMATIVE DEFENSE

12.     As a separate and distinct affirmative defense, Defendant alleges that

LITTLER MENDELSON,
P.C.
Attorneys at Law
Camelback Esplanade
2425 East Camelback
Road
Suite 900
Phoenix, AZ 85016

26                          ANSWER TO COMPLAINT

the entire Complaint, and each cause of action alleged therein is barred in whole or in part to the extent that they exceed the scope of the charges made by Plaintiff before the California Department of Fair Employment and Housing, the Arizona Civil Rights Division, and/or the Equal Employment Opportunity Commission.

### THIRTEENTH AFFIRMATIVE DEFENSE

13.     As a separate and distinct affirmative defense, any employment practice maintained by Defendant, to the extent such practice may have impacted Plaintiff with respect to any alleged protected status, is justified either as a bona fide occupational qualification, by business necessity (including undue hardship), by job relatedness, by security regulations, by non-discrimination or affirmative action plans and/or by requirement of law.

### FOURTEENTH AFFIRMATIVE DEFENSE

14.     As a separate and distinct affirmative defense, Defendant alleges that Plaintiff is not entitled to recover punitive, exemplary, or emotional distress damages on the grounds that any award of punitive, exemplary, or emotional distress damages under California law in general, and/or as applied to the facts of this specific action, violates Defendant's constitutional rights under provisions of the United States, Arizona and California Constitutions, including but not limited to the equal protection and due process clauses of the Fifth and Fourteenth Amendments of the United States Constitution, the excessive fines and cruel and unusual punishment clauses of the Eighth Amendment of the United States Constitution.

### FIFTEENTH AFFIRMATIVE DEFENSE

15.     As a separate and distinct affirmative defense, Defendant alleges that it did not act with malice, oppression or fraud nor engage in any despicable acts that would warrant the imposition of punitive damages, and that their good faith efforts to prevent discrimination, retaliation, and any other unlawful acts bars any award for punitive damages or exemplary damages as set forth in *Kolstad v. Am. Dental Assn.*, 527 U.S. 526 (1999).

///

LITTLER MENDELSON,
P.C.
Attorneys at Law
Camelback Esplanade
2425 East Camelback
Road
Suite 900
Phoenix, AZ  85016

27                    ANSWER TO COMPLAINT

1

### SIXTEENTH AFFIRMATIVE DEFENSE

2   16.   As a separate and distinct affirmative defense, Defendant alleges that

3   the Complaint, and each cause of action therein, is barred because if any unlawful

4   discriminatory or retaliatory motive existed in connection with any employment decision

5   involving Plaintiff, such employment decision would have been the same irrespective of

6   any allegedly unlawful discriminatory or retaliatory motive.

7

### RESERVATION OF ADDITIONAL DEFENSES

8   Defendant alleges that because Plaintiffs' Complaint is couched in conclusory

9   terms, all affirmative defenses that may be applicable cannot be fully anticipated at this

10   time.  Accordingly, the right to assert additional affirmative defenses, if and to the extent

11   that such affirmative defenses are applicable, is reserved.  Additionally, Defendant reserves

12   the right to amend this Answer should Defendant later discover facts demonstrating the

13   existence of new and/or additional affirmative defenses, and/or should a change in the law

14   support the inclusion of new and/or additional affirmative defenses.

15

### PRAYER

16   WHEREFORE, Defendant, having answered the allegations of the Complaint,

17   hereby prays that:

18   1.   Plaintiff's Complaint be dismissed in its entirety with prejudice and that

19   Plaintiff take nothing thereby;

20   2.   Judgment be entered against Plaintiff and in favor of Defendant;

21   3.   Defendant be awarded its costs of defense and reasonable attorneys' fees;

22   and

23   4.   The Court award Defendant such other and further relief as it deems

24   appropriate.

25

26

27

28

LITTLER MENDELSON,
P.C.
Attorneys at Law
Camelback Esplanade
2425 East Camelback
Road
Suite 900
Phoenix, AZ  85016

28                                    ANSWER TO COMPLAINT

1    Dated: April 17, 2023

2                                          /s/ Kristy L. Peters
                                           Kristy L. Peters
3                                          LITTLER MENDELSON, P.C.

4                                          Attorneys for Defendant

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON,
P.C.
Attorneys at Law
Camelback Esplanade
2425 East Camelback
Road
Suite 900
Phoenix, AZ  85016

ANSWER TO COMPLAINT

1

I hereby certify that the original of the foregoing was electronically filed using CM/ECF and a copy of the same was emailed to the following if non-registrants, this 17th day April 2023.

2

3

4

Kenneth Lenk
3310 South Buckskin Way
Chandler, AZ 85286
ken_lenk@yahoo.com

5

6

*Plaintiff Pro Se*

7

8

9

*s/ Aurea Bishop*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON,
P.C.
Attorneys at Law
Camelback Esplanade
2425 East Camelback
Road
Suite 900
Phoenix, AZ  85016

ANSWER TO COMPLAINT